UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. No. 21-cr-10158-MLW |
| ) | |
| ALESSANDRO Da FONSECA, ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO CONTINUE RULE 11 HEARING**

Now comes Defendant, Alessandro Da Fonseca, by his counsel, respectfully requests that this Court continue the Rule 11 hearing currently scheduled for August 23, 2022 to another date convenient to the Court and the government during the week of September 12$^{th,}$ 2022 (or in the weeks that follow). In support, the defendant states that defense counsel and the defendant have conducted multiple meetings over the past month to prepare for the August 23rd hearing and counsel has also spoken on several occasions with the Government regarding the anticipated plea. Despite diligent efforts, there remain issues, identified and raised today, which would make a plea premature. Defense counsel respectfully requests that the hearing be rescheduled to a date in the week of September 12th, 2022 which counsel believes is sufficient time to resolve the remaining matters. If this week is not convenient to the Court counsel requests a date sometime after that week. The Government takes no position on the requested continuance. The Defendant respectfully requests that the Court exclude the time until the Rule 11 hearing in the interests of justice. Additional information in support of this motion is included in the attached affidavit.

Respectfully Submitted
Defendant Alessandro Da Fonseca
By his attorney,

/s/ Jessica D. Hedges
Jessica D. Hedges (BBO No. 645847)
HEDGES & TUMPOSKY LLP
50 Congress St., Suite 600
Boston, MA 02109
T)617/722-8220

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 22nd day of August, 2022, I served one true and correct copy of this motion, through the electronic filing system, on all counsel of record in this matter.

/s/ Jessica Hedges
Jessica D. Hedges